UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LEOPOLDO HERNANDEZ MEJIA**,                     Case No. 3:11-cv-00660-KI

                            Petitioner,                     JUDGMENT

        v.

**MARK NOOTH, Superintendent, Snake
River Correctional Institution**,

                            Respondent.


        Thomas J. Hester
        Assistant Federal Defender
        101 SW Main Street, Suite 1700
        Portland, OR 97204

                Attorney for Petitioner

        Ellen F. Rosenblum
        Attorney General


Page 1 - JUDGMENT

Andrew Hallman
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

      Attorneys for Respondent


KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas

Corpus [18] is denied.  This proceeding is dismissed with prejudice.  Because petitioner has not

made a substantial showing of the denial of a constitutional right, a certificate of appealability is

denied.  <u>See</u> 28 U.S.C. § 2253(c)(2).

      IT IS SO ORDERED.

      DATED this    21st    day of May, 2014.


           /s/ Garr M. King
           Garr M. King
           United States District Judge